Steven Robert Johnson©™LS,
Alex Robert Harvey©™LS (503) 428-7752,
Kathryn Ann Harvey©™LS (954) 651-4178
c/o 4545 18th Avenue Northeast
Keizer, Oregon [RFD 97303]
Non-Domestic, Zip Exempt
Without the United States/ UNITED STATES INC

Elizabeth Ann Harvey©™LS, (919) 822-4955
c/o 1050 Sunnyview RD NE P.O. Box 7988
Salem, Oregon [RFD 97303]
Non-Domestic, Zip Exempt
Without the United States/ UNITED STATES INC
[homeless]
    Sui Juris for "Plaintiffs"

FILED 17 JAN '25 16:28 USDC-ORE

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| DBA Steven Robert Johnson<br>DBA Alex Robert Harvey<br>DBA Kathryn Ann Harvey<br>DBA Elizabeth Ann Harvey<br>    Plaintiff<br><br>V<br><br>Judge Ann L. Aiken<br>Case Administrator Lori Errecart<br>    Defendant | Case No: 6:25-CV-00100-MC<br><br>**Complaint in the form of an Affidavit of Truth:** Enforcement of unrebutted Affidavits Of Truth; USMJ, 18 USC 4(513)(a); Canon 2057; 18 USC §2076; 18 USC §1512 (b)(1)(2)(A)(B); 18 USC §1512 (c)(1)(2) |

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**

### COMPLAINT

This Complaint, in the form of an Affidavit of Truth, is being brought before this Honorable Court to clarify all of Judge Ann L. Aiken's blatant complacency within many various judicial proceedings.

Failures in the form of misrepresentation, omission of documents and evidence, and disregard for lawful documents, i.e. Declaration of Political Status and Declaration of Jurisprudence.

False statements used to subvert duty to present her oath of office when asked and clear refusal to honor unrebutted Affidavits of Truth predating her judgement within case 01141-AA.

Aiken also accepted and acknowledged false judicial proceedings, under penalty of perjury, establishing bias, and misconduct preceding to war with the living men and women which led to the Case Administrator not only burying crucial evidence from case 6:24-cv-01162-AA within case 6:24-cv-01141-AA effectively joining the cases but openly subverting documents within both cases in dereliction of duty as well.

By this joinder, Lori Errecart ensured irrevocable denial of irrefutable evidence in the form of 2 audio recording CDs from the Circuit Court case 24LT11488 to 01162-AA [audio file] never being uploaded to PACER. Without the CD, Aiken persisted in denying the plaintiff her political status and lawful documents.

As not one of the four plaintiffs consented to the use [or creation] of their ALL-CAPS NAME, denial of rights through misrepresentation is one of many serious issues of contention as will be explained throughout this Affidavit.

Due to so many egregious violations of our rights we, the living people, seek financial restitution in the amount of $1,000,000 (million) per person and to properly honor the unrebutted Affidavits of Truth within both cases.

### INTRODUCTION

I, Steven Robert Johnson©™, one of the people (as seen in the 50 State Constitutions), republican in form, *Sui Juris*, (a non-commercial entity) do serve you this notice as a constitutional necessity, so that you do provide due care;

I, Alex Robert Harvey©™, one of the people (as seen in the 50 State Constitutions), republican in form, *Sui Juris*, (a non-commercial entity) do serve you this notice as a constitutional necessity, so that you do provide due care;

I, Kathryn Ann Harvey©™, one of the people (as seen in the 50 State Constitutions), republican in form, *Sui Juris*, (a non-commercial entity) do serve you this notice as a constitutional necessity, so that you do provide due care;

I, Elizabeth Ann Harvey©™, one of the people (as seen in the 50 State Constitutions), republican in form, *Sui Juris*, (a non-commercial entity) do serve you this notice as a constitutional necessity, so that you do provide due care;

➢ As irrefutable proof of these statements of "living" status Steven Robert Johnson©™LS and Elizabeth Ann Harvey©™LS hereby officially surrender to the Court their Apostilled Certificate of Live Birth certificates. Alex Robert Harvey©™LS and Kathryn Ann Harvey©™LS are still in the process of acquiring their Apostilled Certificate of Live Birth and are unable to surrender their certificates at this moment in time. [see X and XI]

**Please take Notice** that the People have assembled and are grateful for the Supreme Court's return to fundamental principles and the simplicity of written constitutions to guard constitutional rights and preserve this great nation, and that the people observe a pattern of practice wherein judges do not take judicial notice of the Constitution.
- Judge Aiken's declaration in Case No. 6:24-cv-01141-AA: ECF 18 p.3 ¶1 of Background: "pseudo-legal gibberish and are largely incomprehensible" regarding all lawful Affidavit documentation presented.
- Judge Aiken's declaration in Case No. 6:24-cv-01162-AA: ECF 10 p.3 ¶2 of Discussion: "It is accompanied by a series a pseudo-legal documents and 'Fee Schedules.'"

**Please take Further Notice** that America's founders understood the many threats to God- given rights, so they made the judiciary independent from other branches of government and gave judges the duty to guard constitutional rights with impunity. As seen below, Justice James Kent, a settled authority in law, wrote about how judges were made independent to defend constitutional rights:

> "Bills of rights are part of the muniments of freemen, showing their title to protection, and they become of increased value when placed under the protection of an independent judiciary, instituted as the appropriate guardian of private right.: (Kent, Commentaries, Lec XXIV)

**Please take Additional Notice** that the duty of judges is to seek, find, and declare the law. The search for the law begins with the law. The Constitution's text is the law. Constitutions reserve rights outside of government. And so when a judge notices the Constitution, he finds peoples' rights. However, judges today demonstrate a pattern of practice wherein they skip the Constitution in their search of the law. Money-making attorneys, predatory government officials, and other bad actors use the confusion and complexity of modern statutory procedures or case law to distract judges from the Constitution's text. Judges are bombarded with bad excuses to not do their jobs. But that is not an excuse. An elementary student knows the right to property is in the Bill of Rights, but a judge not noticing the Constitution nullifies that right when it matters most. (see authority below):

> **Maxim of Law:** "To investigate [inquire into] is the way to know what things are truly lawful." Litt. S. 443; Bouv 150.

> **28 U.S. Code §1361-** Action to compel an officer of the United States to perform his duty: The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

**Please take Final Notice** that it is my wish and demand that you do immediately and openly declare that judicial inquiry begins with the text of constitutions, so that judges guard people's constitutional rights in simplicity and with power.

**Please take Notice** that this is presented to you in the peace and love of Jesus Christ.

Dated: January _17_, 2025

By: _Steven Robert Johnson_
By: Steven Robert Johnson©™LS, American State National
First Priority Creditor, Authorized Representative, Attorney-in-Fact
All Rights Reserved, Without Prejudice

By: _Alex Robert Harvey_
By: Alex Robert Harvey©™LS, American State National
First Priority Creditor, Authorized Representative, Attorney-in-Fact.
All Rights Reserved, Without Prejudice

By: _Kathryn Ann Harvey_
By: Kathryn Ann Harvey©™LS, American State National
First Priority Creditor, Authorized Representative, Attorney-in-Fact,
All Rights Reserved, Without Prejudice

By: _Elizabeth Ann Harvey_
By: Elizabeth Ann Harvey©™LS, American State National
First Priority Creditor, Authorized Representative, Attorney-in-Fact,
All Rights Reserved, Without Prejudice